Case 4:94-cv-01830   Document 15   Filed on 01/12/95 in TXSD   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

**JAN 19 1995**

MICHAEL N. MILBY, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| ex rel. Del Murphy, | § | Civil Action Number H-94-1830 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROCKWELL SPACE OPERATIONS | § | |
| COMPANY and UNISYS | § | |
| CORPORATION, | § | |
| | § | **[FILED UNDER SEAL]** |
| Defendants. | § | |

[Proposed] ORDER

This civil action was filed by Del Murphy under seal
pursuant to the qui tam provisions of the False Claims Act, 31
U.S.C § 3730(b). The United States of America has filed under
seal its notice to the Court that it declines to intervene and
proceed with the conduct of this action. The Court, having
considered the notice of declination filed by the United States
and being fully apprised in the matter,

IT IS HEREBY ORDERED that the Clerk shall unseal the
complaint and the declination notice filed by the United States;
and

FURTHER ORDERED that the relator may now serve the complaint
on the defendant; and

FURTHER ORDERED that pursuant to 31 U.S.C. § 3730(c)(3), the
parties shall serve the attorneys of the United States with a
copy of all pleadings filed in this civil action; and

FURTHER ORDERED that the Clerk of the Court shall serve the
attorneys of the United States with a copy of all orders entered
in this civil action, including this Order; and

FURTHER ORDERED that all rights of the United States specified under the False Claims Act are reserved to the United States, including specifically, that "the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting," 31 U.S.C. § 3729(b); the right "to intervene at a later time upon a showing of good cause," if the United States so requests, 31 U.S.C. § 3730(c)(3); and the right to "be supplied with copies of all deposition transcripts (at the Government's expense)," if the United States so requests, 31 U.S.C. § 3730(c)(3).

IT IS SO ORDERED,

This __/2 th__ day of January, 1995.

United States District Judge

- 2 -