IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Del Murphy, § § § § Plaintiff, § § v. § § ROCKWELL SPACE OPERATIONS § COMPANY AND UNISYS § CORPORATION, § § Defendants. § | | Civil Action No. H-94-1830 <br><br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED <br><br> APR 14 1995 <br><br> Michael N. Milby, Clerk |

## ORDER

Came on for consideration the Unopposed Motion for an Enlargement of Time to Respond to the Complaint and for a Continuance of the Scheduling Conference filed by Defendant Unisys Corporation ("Unisys") in the above-referenced action. After considering this motion, the Court is of the opinion that it should be GRANTED. It is therefore

ORDERED that the Unopposed Motion for Enlargement of Time to Respond to the Complaint and for Continuance of the Scheduling Conference is GRANTED. Accordingly, it is further

ORDERED that Unisys shall have until and including May 17, 1995 to file its answer or otherwise respond to the complaint filed in this action and that the scheduling conference currently set for May 19, 1995 shall be continued until July 28, 1995, at 3:00 pm.

The Clerk shall enter this Order and provide a true and correct copy to all parties.

Signed this 13th day of April, 1995.

_____
UNITED STATES DISTRICT JUDGE

43931_1