Clerk, U.S. District Court
Southern District of Texas
ENTERED

AUG 20 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DEL MURPHY, | § § § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. H-94-1830 |
| ROCKWELL SPACE OPERATIONS COMPANY AND UNISYS CORPORATION, | § § § § § § | |
| Defendants | § | |

## ORDER

On this __19th__ day of __August__, 1997, came on to be heard the Parties' Agreed Motion to Dismiss with Prejudice, and the Court having considered the Motion, is of the opinion that the Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the plaintiff, Del Murphy take nothing by his action and that this action be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

#197

APPROVED AS TO FORM AND SUBSTANCE:

KATHLYN A. KNOBLOCH, P.C.

By: *Kathlyn A. Knobloch*
Kathlyn A. Knobloch
SBN No. 11616300

7670 Woodway, Suite 165
Houston, Texas 77063
Tele: (713) 222-8020
Fax:  (281) 290-6265

Attorney for Plaintiff
Del Murphy


MILLER & CHEVALIER, CHARTERED

By *James A. Bensfield*
James A. Bensfield

655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tele: (202) 626-6032
Fax:  (202) 628-0858

Attorneys for Defendant
Unisys Corporation


BRACEWELL & PATTERSON, L.L.P.

By *Scott Kneese /by MHC w/permsn*
V. Scott Kneese
TBA No. 11591000

2900 South Tower Pennzoil Place
Houston, Texas 77002
Tele: (713) 223-2900
Fax: (713) 221-1212

Attorneys for Defendant
Rockwell Space Operations Company


UNITED STATES OF AMERICA


By: *Gordon Jones*
    Gordon A. Jones

United States Attorney
Commerical Litigation Branch
Civil Division
Washington, D.C. 20530
Tele: (202) 307-04732